Therefore, we modify the order by vacating the ninth and 10th ordering paragraphs thereof. (Appeal from Order of Supreme Court, Onondaga County, Major, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.

■ SHIRLEY GALLMEYER, as Administratrix of the Estate of DOROTHY A. KAMECK, Deceased, Appellant, v MICHAEL SULLIVAN et al., Defendants, and DEGRAFF MEMORIAL HOSPITAL, Respondent. (Appeal No. 1.) [666 NYS2d 63] —Judgment unanimously affirmed without costs. Memorandum: Plaintiff appeals from two judgments entered upon a jury verdict in favor of defendants dismissing the complaint in this medical malpractice action. Plaintiff alleges that defendants negligently failed to diagnose the illness of decedent so as to prevent her death. The jury verdict in favor of defendants is based on legally sufficient evidence and is not against the weight of the evidence. Factual issues were presented by the conflicting testimony of expert witnesses, and we decline to disturb the jury's resolution of those issues (see, Mayer v Oswego County Ob-Gyn, 207 AD2d 985, 986). (Appeal from Judgment of Supreme Court, Erie County, Mintz, J.—Malpractice.) Present—Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.

■ SHIRLEY GALLMEYER, as Administratrix of the Estate of DOROTHY A. KAMECK, Deceased, Appellant, v MICHAEL SULLIVAN et al., Defendants, and JOHN NOE, Respondent. (Appeal No. 2.) [665 NYS2d 499] —Judgment unanimously affirmed without costs. Same Memorandum as in Gallmeyer v Sullivan ([appeal No. 1] 245 AD2d 1024 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Mintz, J.—Malpractice.) Present—Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.

■ SHIRLEY GALLMEYER, as Administratrix of the Estate of DOROTHY A. KAMECK, Deceased, Appellant, v MICHAEL SULLIVAN et al., Defendants, and JOHN NOE et al., Respondents. (Appeal No. 3.) [665 NYS2d 498] —Appeal unanimously dismissed without costs (see, CPLR 5501 [a] [2]). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Set Aside Verdict.) Present—Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.

■ JOY RHEINSTEIN, Respondent-Appellant, v THOMAS RHEINSTEIN, Appellant-Respondent. [667 NYS2d 156] —Judgment unanimously modified on the law and as modified affirmed without costs and matter remitted to Supreme Court for further proceedings in accordance with the following Memoran-